(85 South. 501)

SLOSS–SHEFFIELD STEEL & IRON CO. v. SAMPSON. (6 Div. 40.)

(Supreme Court of Alabama. May 14, 1920.)

**Appeal and error** ⊜➡655(2)—Bill of exceptions not presented in time stricken on motion.

Motion, on appeal from original judgment, to strike bill of exceptions not presented to the trial judge within the 90 days allowed by law therefor, must prevail.

Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

Action by Peter Sampson against the Sloss-Sheffield Steel & Iron Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Tillman, Bradley & Morrow, of Birmingham, for appellant.

Frank S. White & Sons, of Birmingham, for appellee.

SOMERVILLE, J. The judgment for the plaintiff in this cause was rendered on March

13, 1919, and defendant's motion for new trial was overruled on May 31, 1919. The appeal is from the original judgment, and the bill of exceptions was presented to the trial judge on June 12, 1919. As the 90 days within which the bill could be legally presented expired on June 11, 1919, the motion to strike the bill of exceptions must prevail. King v. Hill, 163 Ala. 423, 51 South. 15; Cassell's Mill v. Strater Bros. Grain Co., 166 Ala. 274, 51 South. 969.

The assignments of error based on the record proper are waived, and, the other assignments on the bill of exceptions being eliminated, the judgment must be affirmed.

Affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.